UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8-13-cv-01713-JDW-TBM

FC ONLINE MARKETING, INC.,

    Plaintiff/Counter-Defendant

vs.

TARA COSTA, and THE CHAMPIONS
FUND, INC.,

    Defendants/Counter-Plaintiffs
_____/

# DEFENDANT/COUNTER-PLAINTIFF, THE CHAMPIONS FUND, INC.'S SECOND REVISED OFFER OF JUDGMENT

Defendant/Counter-Plaintiff, THE CHAMPIONS FUND, INC. ("TCF"), by and through undersigned counsel and pursuant to F.S. § 768.79 and Rule 68 of the Federal Rules of Civil Procedure, makes this good faith Offer of Judgment upon the Plaintiff/Counter-Defendant, FC ONLINE MARKETING, INC. ("FC Online") and states the following:

1. The claims to be resolved by this Offer of Judgment are Count II of the Amended Complaint and Counterclaim Count III.

2. This Offer of Judgment is also conditioned upon Plaintiff/Counter-Defendant, FC Online dismissing (with prejudice) Defendant/Counter-Plaintiff, TCF as Defendant in this lawsuit and all general allegations and portions of the counts contained in the Complaint that relate to TCF.

3. On November 18, 2014, this Court's Order [D.E. 87] granted TCF's motion for summary judgment on Count III of the Amended Complaint. The Court denied all other motions for summary judgment by Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff.

4.	Thus, the only remaining Counts as of the filing of Offer of Judgment are Count II of the Amended Complaint and Counterclaim Count III.

5.	If FC Online accepts this Offer of Judgment, it would receive from TCF the amount offered in Paragraph 6 (below) in exchange for TCF voluntarily dismissing Counterclaim Count III with prejudice and FC Online voluntarily dismissing Count II of the Amended Complaint with prejudice, thus closing the case. Each party would be obligated to bear its own attorney's fees and costs.

6.	Defendant/Counter-Plaintiff, hereby TCF offers FC Online a total judgment in the amount of Five Hundred Dollars ($500.00) to resolve any and all remaining claims in the case, which are embodied in Counterclaim Count III and Count II of the Amended Complaint.

Respectfully submitted, this 20th day of November 2014, by:

**HEITNER LEGAL, P.L.L.C**
*Attorney for TCF*
1108 Kane Concourse, Suite 305
Bay Harbor, Florida 33154
Phone: 954-558-6999
Fax: 954-927-3333

By:

DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via Electronic Mail.

By: *(signature)*

DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

## SERVICE LIST
### Case No.: 8-13-cv-01713-JDW-TBM

Carlos A. Leyva
Digital Business Law Group, P.A.
1001 Starkey Rd. #18
Largo, FL 33771
Tel.: (800) 516-7903
Fax: (800) 257-9128
cleyva@digitalbusinesslawgroup.com