**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FC ONLINE MARKETING, INC.,

          Plaintiff,

Case No. 8:13-cv-1713-JDW-TBM

vs.

TARA COSTA, and THE CHAMPIONS FUND, INC.,

          Defendants.
_____/

**NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT**

      Plaintiff, FC Online Marketing, Inc. by and through its undersigned attorney and pursuant to Rule 1.442, Florida Rules of Civil Procedure, and §768.79, Florida Statutes, hereby gives notice of service of a Proposal for Settlement to Defendant, The Champions Fund, Inc. on even date herewith.

      By: /s/ Carlos A. Leyva
Carlos A. Leyva
Florida Bar No. 0051017
DIGITAL BUSINESS LAW GROUP, P.A.
1001 Starkey Rd. #18
Largo, FL  33771
(800) 516-7903 phone
(800) 257-9128 fax
cleyva@digitalbusinesslawgroup.com

**ATTORNEY FOR PLAINTIFF
FC Online Marketing, Inc.**

00344338-1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 21st day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing as required.

By: /s/ Carlos A. Leyva
Carlos A. Leyva
